UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS JR.,

               Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

               Defendants.

1:20-CV-1628 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

Plaintiff, currently held in Manhattan Detention Complex, brings this *pro se* action under 42 U.S.C. § 1983. For the following reasons, the Court dismisses this action without prejudice.

Plaintiff has previously submitted to this Court an identical complaint that commenced a civil action that is pending before the Honorable Mary Kay Vyskocil under docket number 1:20-CV-0516 (MKV). Because the present complaint raises the same claims, no useful purpose would be served by litigating this duplicative lawsuit. The Court therefore dismisses this action without prejudice to Plaintiff's pending action under docket number 1:20-CV-0516 (MKV).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court dismisses this action without prejudice as duplicative.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   February 27, 2020
         New York, New York

                                                COLLEEN McMAHON
                                     Chief United States District Judge