UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS JR.,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

1:20-CV-1628 (CM)

CIVIL JUDGMENT

COLLEEN McMAHON, Chief United States District Judge:

Pursuant to the order issued February 27, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to the pending action under docket number 1:20-CV-0516 (MKV). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 27, 2020
         New York, New York

                                      COLLEEN McMAHON
                                    Chief United States District Judge